**Order entered August 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00857-CV

## IN RE NORTH DALLAS FORNEY INVESTORS, L.L.C., ET AL., Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-09384**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of

mandamus. We **ORDER** that relators bear the costs of this original proceeding.

/s/     DAVID L. BRIDGES
         JUSTICE